United States District Court
Southern District of Texas
**ENTERED**
April 03, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **NINO ALEXANDER RIOS ARANGURA,** | § | |
| Petitioner, | § | |
| | § | |
| | § | |
| v. | § | Civil Action No. **1:26-cv-226** |
| | § | |
| **MICHAEL J. PITTS**, in his official | § | |
| capacity, Warden of Port Isabel Detention | § | |
| Center, *et al.*, | § | |
| Respondents. | § | |

**ORDER**

Before the Court is Petitioner Nino Alexander Rios Arangura's "Petition for Writ of Habeas Corpus" ("§ 2241 Petition"); Rios Arangura lists various Respondents (collectively, the "Government"). Dkt. No. 1. Rios Arangura, a citizen of Venezuela, claims that his detention violates the Fifth Amendment's Due Process Clause. Dkt. No. 1 at 4–13; Dkt. No. 1-2 at 6.

On February 25, 2026, the Court issued its decision in *Alvarez-Rico v. Noem et al.*, No. 4:26-cv-00729, 2026 WL 522322 (S.D. Tex. Feb. 25, 2026) (J. Ellison), which held that the Government's "re-detention of [the petitioner] without a pre-detention showing (or even allegation) of a change in his circumstances violated [the petitioner's] procedural due process rights." *Alvarez v. Noem et al.*, No. 4:26-cv-00729, 2026 WL 5222322, at *6 (S.D. Tex. Feb. 25, 2026) (J. Ellison). In light of the Court's *Alvarez-Rico* decision, it does not plainly appear from Rios Arangura's § 2241 Petition that he is not entitled to the requested relief. Rios Arangura's allegations, taken together, suffice to raise genuine questions as to whether his continued detention violates federal law and the United States Constitution. Therefore, the Court must "forthwith award the writ [of habeas corpus] or

issue an order directing the respondent to show cause why the writ should not be granted." 28 U.S.C. § 2243. "The writ, or order to show cause shall be directed to the person having custody of the person detained," and must be returned within three days unless good cause exists to require additional time, not to exceed twenty days. *Id.*

The Government is **ORDERED** to file a response to Rios Arangura's § 2241 Petition on or before **April 17, 2026**. If Rios Arangura wishes to file a reply to the Government's response, he must do so within **7 days** of receiving the Government's response.

**SO ORDERED**.

**SIGNED** on this **3rd** day of **April, 2026**, at Brownsville, Texas.

_____
**Ignacio Torteya, III**
**United States Magistrate Judge**

2/2