United States District Court
Southern District of Texas
**ENTERED**
November 12, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **NINO ALEXANDER RIOS ARANGURA**, | § | |
| | § | |
| Petitioner, | § | |
| v. | § | Civil Action No. **1:26-cv-226** |
| | § | |
| **MICHAEL J. PITTS**, *et al.*, | § | |
| | § | |
| Respondents. | § | |
| | § | |

**ORDER**

To further facilitate the review of the instant § 2241 Petition [Dkt. No. 1], the Court **ORDERS** Respondents to provide an advisory to the Court by **November 18, 2026**, concerning any updated efforts to effectuate Petitioner's removal.

**SIGNED** on this **12th** day of **November, 2026**, at Brownsville, Texas.

**Ignacio Torteya, III**
**United States Magistrate Judge**