United States District Court
Southern District of Texas
**ENTERED**
November 19, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| NINO ALEXANDER RIOS ARANGURA, "Petitioner," | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 1:26-cv-00226 |
| MICHAEL J. PITTS, *et al.*, "Respondents." | § | |
| | § | |
| | § | |

**ORDER**

Before the Court is Respondents' "Advisory" (Dkt. No. 8). The Advisory seeks dismissal of Petitioner's "Petition for Writ of Habeas Corpus" (Dkt. No. 1) pursuant to Federal Rule of Civil Procedure 12(b)(1).

Petitioner's claims against Respondents are **DISMISSED** as moot, without prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(1). The Clerk of the Court is hereby **ORDERED** to close this case.

SIGNED this November 19, 2026

Rolando Olvera
United States District Judge